**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CHARLES WESTERBY** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:19CV4-JRG-CMC** |
| | § | |
| **DIRECTOR, TDCJ-CID** | § | |

**ORDER**

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following motion is before the Court: Plaintiff's Motion for a 30-Day Extension of Time to Respond to Report and Recommendation of the United States Magistrate Judge (Docket Entry # 9). The Court, having reviewed the motion, is of the opinion the motion should be **GRANTED**. Accordingly, it is

**ORDERED** that on or before May 1, 2019, Plaintiff shall file his objections, if any, to the January 30, 2019 Report and Recommendation of the Magistrate Judge. It is further

**ORDERED** that Plaintiff is advised that failure to timely file written objections to the proposed findings and recommendations contained in the Report and Recommendation shall bar Plaintiff from *de novo* review by the district court of the proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the district court except on grounds of plain error or manifest injustice. *Thomas v. Arn*, 474 U.S. 140, 148 (1985).

**SIGNED this 21st day of March, 2019.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE